

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00256-CR

---

YILEEN EVETTE LADD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 31941A, Counts I and II; Honorable Dee Johnson, Presiding

---

September 25, 2025

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Yileen Evette Ladd, appeals from the trial court's judgments adjudicating her guilty of the offenses of burglary of a habitation[1] and injury to a child, elderly individual, or disabled individual.[2] The trial court sentenced Appellant to eight years of confinement for each offense, to run concurrently. Pending before this Court is

---

[1] *See* TEX. PENAL CODE ANN. § 30.02(c)(2).

[2] *See* TEX. PENAL CODE ANN. § 22.04(f).

Appellant's motion seeking to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by both Appellant and her attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.